**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: QMECT, INC., | C 05-02429 PJH |
| Debtor. | **ORDER VACATING HEARING DATE AND SETTING BRIEFING SCHEDULE ON SECURED CREDITORS' EMERGENCY MOTION TO EXPEDITE BANKRUPTCY APPEAL** |
| _____/ | |

Secured creditors, Burlingame Capital Partners II, L.P. and Electrochem Funding, LLC ("secured creditors") of debtor QMECT, Inc. filed the instant bankruptcy appeal on June 3, 2005. Currently before the court is secured creditors' motion to expedite the bankruptcy appeal pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 8011(d).

The court hereby VACATES the July 27, 2005 hearing date. As the court is unavailable for several weeks in July - August 2005, **the motion will be decided on the papers**, following the filing of secured creditors' reply. The briefing schedule is as follows: Any opposition to the instant motion shall be **filed and served no later than Wednesday, July 6, 2005.** Secured creditors may file and serve a reply **no later than Monday, July 11, 2005.**

The parties are reminded that Judge Hamilton's standing order requires that in all "E-Filing" cases, in addition to filing papers electronically, the parties **are required to lodge with chambers one paper copy** of each document that is filed electronically **no later than noon on the day following the day that the papers are filed electronically**. These printed copies shall be marked "Chambers Copy" and **shall be submitted to the Clerk's Office**, in an envelope clearly marked with the judge's name, case number, and

"Chambers Copy."

**IT IS SO ORDERED.**

Dated: June _____, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge