**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  QMECT, INC.,                          C 05-02429 PJH

     Debtor.                                **ORDER DISMISSING BANKRUPTCY APPEAL**

_____/

     Having reviewed appellant's August 12, 2005 motion to dismiss the above bankruptcy appeal with prejudice, and GOOD CAUSE APPEARING, the matter is DISMISSED pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2).

     This order fully adjudicates the appeal.  The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 15, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge